# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138726

TAURUS MOLD, INC.,
      Plaintiff-Appellant,

v

TRW AUTOMOTIVE U.S. LLC,
      Defendant-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138726
COA: 282269
Macomb CC: 2007-001748-CK

_____/

On order of the Court, the application for leave to appeal the January 13, 2009 judgment the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk